# JURY QUESTIONS

Question No. 1

Did Texas Southern University discriminate against Surina Dixon because of her gender by compensating her at a lower rate than a similarly situated male?

Answer "Yes" or "No."

_YES_

Proceed to the next question.

15

Question No. 2

Did Texas Southern University take an adverse employment action against Surina Dixon because she engaged in protected activity under Title VII?

Answer "Yes" or "No."

_YES_

Proceed to the next question.

Question No. 3

Did Texas Southern University take an adverse employment action against Surina Dixon because she engaged in protected activity under Title IX?

Answer "Yes" or "No."

_YES_

If you answered Yes to question No. 1, then proceed to Question No. 4. If you did not answer Yes to Question No. 1, but answered Yes to Question No. 2 and/or 3, then proceed to Question No. 5. If you did not answer Yes to Questions No. 1, 2, or 3, then do not answer Questions 4 or 5, and sign the verdict form where indicated.

Question No. 4

What sum of money, if any, if paid now in cash would fairly and reasonably compensate the plaintiff for her compensatory damages, if any, that resulted from the gender discrimination?

Consider the following elements of damages only. Do not add any amount for interest on damages, if any.

Answer separately in dollars and cents for damages, if any.

a. Lost wages sustained in the past.

   Answer: 133,550.00

b. Lost wages that, in reasonable probability, will be sustained in the future.

   Answer: 51,000.00

c. Emotional pain and suffering, humiliation, and embarrassment sustained in the past.

   Answer: 37,500.00

d. Emotional pain and suffering, humiliation, and embarrassment that, in reasonable probability, will be sustained in the future.

   Answer: 50,000.00

If you answered Yes to either Question 2 or 3, proceed to the next question. Otherwise, sign the verdict form where indicated.

19

Question No. 5

What sum of money, if any, if paid now in cash would fairly and reasonably compensate the plaintiff for her compensatory damages, if any, that resulted from the retaliation?

Consider the following elements of damages only. Do not add any amount for interest on damages, if any.

Answer separately in dollars and cents for damages, if any.

a.  Lost wages sustained in the past.

   Answer: 133,550.00

b.  Lost wages that, in reasonable probability, will be sustained in the future.

   Answer: 86,000.00

c.  Lost earning capacity in the past.

   Answer: 51,000.00

d.  Lost earning capacity that, in reasonable probability, will be sustained in the future.

   Answer: 100,000.00

20

e. Emotional pain and suffering, humiliation, and embarrassment sustained in the past.

Answer: 37,500.00

f. Emotional pain and suffering, humiliation, and embarrassment that, in reasonable probability, will be sustained in the future.

Answer: 50,000.00

21

We, the jury, have answered the above and foregoing questions as herein indicated, and herewith return our unanimous verdict to the Court.