UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Surina Dixon, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No.: 4:10-1045 |
| Texas Southern University, | § § § § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant's Renewed Motion for Judgment as a Matter of Law or in the Alternative Motion for a New Trial (Document No. 93). Having considered the motion, submissions, and the applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

ORDERS that the Renewed Motion for Judgment as a Matter of Law or in the Alternative Motion for New Trial (Document No. 93) is DENIED.

Signed at Houston, TX on the __13__ day of September, 2011.

DAVID HITTNER
United States District Judge